IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02388-WYD-MJW

CURE LAND, LLC and
CURE LAND II, LLC,

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF AGRICULTURE;
TOM VILSACK, in his official capacity as Secretary of the United States Department of
    Agriculture;
FARM SERVICE AGENCY, an Agency of the United States Department of Agriculture;
and
JUAN M. GARCIA, in his official capacity as Administrator of the Farm Services Agency,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Unopposed Motion to Vacate and Reset Scheduling Conference (Docket No. 10) is granted. It is thus further

ORDERED that the Scheduling Conference set for November 19, 2012, at 8:30 a.m. is vacated and reset to December 20, 2012, at 10:30 a.m. All of the other provisions contained in this court's ORDER SETTING SCHEDULING/PLANNING CONFERENCE (Docket No. 7) remain in effect.

Date: October 30, 2012